In the Matter of VERDIA DEDEAUX, Petitioner, v BRIAN J. WING, as Commissioner of New York State Department of Temporary and Disability Assistance, et al., Respondents. [682 NYS2d 364] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner commenced this CPLR article 78 proceeding challenging the determination, made after a fair hearing, to discontinue for six months the public assistance benefits received by petitioner. The benefits were discontinued based upon a determination that she willfully refused and failed without good cause to appear for a scheduled Job Opportunities and Basic Skills Training Program. That determination is supported by substantial evidence (*see, Matter of Poole v Wing*, 256 AD2d 1217 [decided herewith]; *Matter of Vicari v Wing*, 244 AD2d 974; *Matter of Perry v Wing*, 242 AD2d 964; *see generally, 300 Gramatan Ave. Assocs. v State Div. of Human Rights*, 45 NY2d 176, 180-181). Petitioner's remaining contentions lack merit. (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Onondaga County, Mordue, J.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ.